IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

STEPHANIE RAPKIN,

    *Plaintiff,*

    *v.*

    Case No: 2:23-cv-670

VILLAGE OF SHOREWOOD,
VILLAGE OF WHITEFISH BAY,
PETER NIMMER, NICHOLAS MUELLER,
IAN KUDRYNSKYY, THOMAS LIEBENTHAL,
HALSTON WOLBER, ALI-RAZA GOVANI,
CODY SMITH, AND JULIA ZURFLUH,

    *Defendants.*

## STIPULATION FOR PROTECTIVE ORDER

The parties, by and through their respective counsel, hereby stipulate and agree that the entry of the accompanying Protective Order without further notice.

The parties believe that discovery in this case will include confidential personnel files of law enforcement officials, Plaintiff's medical and mental health records, and confidential internal document detailing policy and procedures of law enforcement agencies. The parties agree the attached order will allow for the exchange of relevant discovery while protecting the privacy interests of the parties. In accordance with Fed. R. Civ. P. 26(c)(1), the parties move the Court to adopt and enter the same.

Dated on January 12, 2024,

STRANG BRADLEY, LLC,

By: /s/ James Odell
John H. Bradley, Wisconsin Bar No. 1053124
R. Rick Resch, Wisconsin Bar No. 1117722
James Odell, Wisconsin Bar No. 1131587
613 Williamson St., Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
James@StrangBradley.com

*Attorneys for Plaintiff Stephanie Rapkin*

CRIVELLO NICHOLS & HALL, S.C.

By: /s/ Steven C. McGaver
Amy J. Doyle, SBN 1001333
Steven C. McGaver, SBN 1051898
710 N. Plankinton Ave., Suite 500
Milwaukee, WI 53203
Telephone: (414) 271-7722/Fax (414) 271-4438
Email: adoyle@crivellolaw.com
smcgaver@crivellolaw.com

*Attorneys for Defendants Village of Shorewood, Peter Nimmer, Nicholas Mueller, Ian Kudrynskyy, Thomas Liebenthal, Halston Wolber, Ali Govani, and Cody Smith*

WIRTH + BAYNARD

By: /s/ Amanda E. Melrood
Amanda E. Melrood, State Bar No. 1089610
Joseph M. Wirth, State Bar No. 1012080
Jasmyne M. Baynard, State Bar No. 1099898
9898 W. Bluemound Road, Suite 2
Wauwatosa, WI 53226
Telephone: (414) 291-7979/Fax: (414) 291-7960
E-mail: aem@wbattys.com
jmw@wbattys.com
jmb@wbattys.com

*Attorneys for Defendants Village of Whitefish Bay and Julia Zurfluh*