UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

**STEPHANIE RAPKIN,**

      **Plaintiff,**

v.

**VILLAGE OF SHOREWOOD,**
**VILLAGE OF WHITEFISH BAY,**
**PETER NIMMER, NICHOLAS MUELLER,**
**IAN KUDRYNSKYY, THOMAS LIEBENTHAL,**
**HALSTON WOLBER, ALI-RAZA GOVANI,**
**CODY SMITH, and JULIA ZURFLUH,**

      **Defendants.**

Case No. 23-CV-670

---

## ORDER FOR EXTENSION OF TIME TO FILE ALL DISPOSITIVE PRETRIAL MOTIONS WITH BRIEFS

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED**:

That the deadline for all parties to file dispositive pretrial motions and accompanying briefs is extended until November 19, 2024, to facilitate the parties' intent to mediate this case on September 5, 2024, with Attorney Michael Crooks.

Dated this 28th day of August, 2024.

BY THE COURT:

_____
HONORABLE NANCY JOSEPH
United States Magistrate Judge