IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

STEPHANIE RAPKIN,

      Plaintiff,                                          23-CV-670

v.

VILLAGE OF SHOREWOOD,
PETER NIMMER, NICHOLAS MUELLER,
IAN KUDRYNSKYY, THOMAS LIEBENTHAL,
HALSTON WOLBER, ALI-RAZA GOVANI,
CODY SMITH, and JULIA ZURFLUH

      Defendants.

_____

**STIPULATION FOR DISMISSAL**
_____

      IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, the plaintiff Stephanie Rapkin, by her attorneys Strang Bradley, LLC and the defendants, the Village of Shorewood, Peter Nimmer, Nicholas Mueller, Ian Kudrynskyy, Thomas Liebenthal, Halston Wolber, Ali-Raza Govani, and Cody Smith, by their attorneys, Crivello Nichols & Hall, S.C, and Julia Zurfluh, by her attorneys, Wirth + Baynard that any and all claims against the defendants which have been or could have been brought in this action be dismissed with prejudice and without costs, fees and disbursements.

1

Dated: 09/20/2024                STRANG BRADLEY, LLC
                                 Attorneys for Stephanie Rapkin


                                 By: _Electronically Signed by John H. Bradley_
                                      JOHN H. BRADLEY
                                      State Bar No. 1053124
                                      R. RICK RESCH
                                      State Bar No. 1117722
                                      JAMES ODELL
                                      State Bar No. 1131587



Dated: 09/20/2024                CRIVELLO, NICHOLS & HALL, S.C.
                                 Attorneys for Defendants, Village of Shorewood,
                                 Peter Nimmer, Nicholas Mueller, Ian Kudrynskyy,
                                 Thomas Liebenthal, Halston Wolber, Ali-Raza
                                 Govani, and Cody Smith


                                 By: _Electronically Signed by Steven C. McGaver_
                                      AMY J. DOYLE
                                      State Bar No. 1001333
                                      STEVEN C. McGAVER
                                      State Bar No.: 1051898



Dated: 09/20/2024                WIRTH + BAYNARD
                                 Attorneys for defendant Julia Zurfluh


                                 BY: _Electronically Signed by Amanda E. Melrood_
                                      JOSEPH M. WIRTH
                                      State Bar No. 1012080
                                      JASMYNE M. BAYNARD
                                      State Bar No. 1099898
                                      AMANDA E. MELROOD
                                      State Bar No.: 1089610